UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80008-CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

John Henry Thompson

    Defendant.

_____/

## JUDGMENT & COMMITMENT
## UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing for violations of supervised release, on July 17, 2008. The Court finds the defendant has violated the terms of his supervised release as set forth in the petition for violation and the defendant admits same.

**IT IS HEREBY ORDERED and ADJUDGED** that the defendant's term of supervised release imposed by the Court is **revoked** and the defendant is sentenced to imprisonment (24) twenty-four months to run concurrent with sentence imposed in case 07-80190 CR HURLEY.

**DONE and ORDERED** in West Palm Beach, this 17 day of July, 2008.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc:  John McMillan, AUSA
      Michael Cohen, Esq.
      U.S. Probation